IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **DEBBIE DEFRESSINE**<br><br>Plaintiff,<br><br>v.<br><br>**CVS PHARMACY, INC.**<br><br>Defendant. | Case No. 20-cv-02912-RDB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Debbie Defressine and Defendant, CVS Pharmacy, Inc. ("Defendant" or "CVS") file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Defendant hereby stipulate that this action shall be dismissed as to all claims asserted by the parties in the above-captioned lawsuit, with prejudice, with each party to bear his or its own attorneys' fees and costs.

January 25, 2021

| Plaintiff<br>By her attorneys, | Defendant<br>By their attorneys, |
|---|---|
| /s/ Neil S. Hyman<br>Neil S. Hyman<br>Law Office Neil S. Hyman, LLC<br>5425 Wisconsin Avenue<br>4520 East West Highway, Suite 700<br>Bethesda, Maryland 20814<br>Telephone: 301.841.7105<br>neil@neilhymanlaw.com | /s/ Meredith L. Schramm-Strosser<br>Meredith Schramm-Strosser Bar No. 18537<br>LITTLER MENDELSON, PC<br>815 Connecticut Avenue, NW, 400<br>Washington, DC 20006-4046<br>Telephone: 202.842.3400<br>Facsimile: 202.842.0011<br>mschramm-strosser@littler.com |

4833-6342-2681.1 090142.1279